UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN, | No. 2:23-cv-01400-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis.

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

Rule 2 of the Rules Governing Section 2254 Cases provides that the petition: "shall specify all the grounds for relief which are available to the petitioner and of which he has or by the exercise of reasonable diligence should have knowledge and shall set forth in summary form the facts supporting each of the grounds thus specified." Rule 2(c), Rules Governing Section 2254 Cases. Petitioner must also clearly state the relief sought in the petition. Id. Additionally, the Advisory Committee Notes to Rule 4 explains that "notice pleading is not sufficient, for the

1

petition is expected to state facts that point to a real possibility of constitutional error." Advisory Committee Notes to Rule 4; see Blackledge v. Allison, 431 U.S. 63, 75, n.7 (1977).

On June 3, 2023, petitioner constructively filed the pending 28 U.S.C. § 2254 petition. ECF No. 2. Since that date, petitioner has filed two separate supplements to the petition and a separate notice of additional proof. ECF Nos. 5-7. Based on these supplemental filings, the court is unable to discern exactly how many claim(s) petitioner is raising in this habeas corpus action. For this reason, the court finds that the petition fails to comply with Rule 2(c) of the Rules Governing Section 2254 Cases. Therefore, the petition is dismissed with leave to amend. Rule 4, Rules Governing Section 2254 Cases. In the amended petition, petitioner must set forth each claim for relief in a single pleading rather than filing seriatim pleadings containing multiple claims for relief. Although it is not required, the court recommends using the court approved § 2254 form for any amended petition which is attached to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 10) is granted.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.[1]

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus.

Dated: August 14, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gree1400.114

---

[1] By setting this deadline the court is making no finding or representation that the petition is not subject to dismissal as untimely. See 28 U.S.C. § 2244(d) (containing the one-year statute of limitations governing habeas petitions).

2